FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2024 MAY -8 PM 2: 24

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

__Samantha Sue Snowdy_____, Plaintiff

v.

__The City of Arvada_____,

_____,

_____,

_____, Defendant(s).

**Jury Trial requested:**
(please check one)
___ Yes ___ No

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Samantha Snowdy   11710 Camarillo St. Parker, CO 80134
(Name and complete mailing address)

(970) 342-5935   Samantha_Snowdy@yahoo.com
(Telephone number and e-mail address)

### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: The City of Arvada   8101 Ralston Rd   Arvada, CO 80002
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

### C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

___ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

[X] Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

___ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

___ Other: *(please specify)* _____

D.   **STATEMENT OF CLAIM(S)**
*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____

The conduct complained of in this claim involves the following: (*check all that apply*)

    ____ failure to hire             ____ different terms and conditions of employment

    ____ failure to promote        X failure to accommodate disability

    X termination of employment    X retaliation

    ____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

    ____ race      ____ religion      ____ national origin      ____ age

    ____ color      ____ sex      X disability

Supporting facts:

E.  **ADMINISTRATIVE PROCEDURES**

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

  ✗ Yes (*You must attach a copy of the administrative charge to this complaint*)

  ___ No

Have you received a notice of right to sue? (*check one*)

  ✗ Yes (*You must attach a copy of the notice of right to sue to this complaint*)

  ___ No

F.  **REQUEST FOR RELIEF**
*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

G.  **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Samantha Gaudy*
(Plaintiff's signature)

05/08/2024
(Date)

(Revised February 2022)

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

(Court Level and Jurisdiction)

| | |
|---|---|
| Samantha Sue Snowdy | 541-2023-02142 |
| | (Case I.D. Number) |
| Plaintiff | |
| -vs- | |
| The City of Arvada | |
| Defendant | |

## AFFIDAVIT

I, Samantha Snowdy, of Arvada, in Jefferson County, Colorado, MAKE OATH AND SAY THAT:

1. I, Samantha Snowdy was hired in November of 2021 as a Customer Information Specialist. Soon after my hiring I began to be harassed by the Utilities Customer Information Supervisor. I believe I believe I was targeted due to my age and sex. Secondly, I have a disability that I disclosed to the Employer. After revealing my disability, I was subjected to unwelcome comments during my tenure with the Employer. In response to the harassment, I contacted Human Resources on May 26th, 2022, and filed a complaint against the Utilities Customer Information Supervisor. I was subsequently subjected to disciplinary actions that lead to my termination on January 23, 2023, in retaliation against my complaint. I believe that I have been discriminated against because of a disability and retaliated against for taking part in a protected activity in violation of the meaning of the Americans with Disabilities Act of 1990 (ADA), as amended.

Page 1 of 2

STATE OF ~~COLORADO~~ Virginia

COUNTY OF ~~JEFFERSON~~ Goochland

SUBSCRIBED AND SWORN TO BEFORE ME, on the __22nd__ day of __April__, __2024__

Signature _Johanna Celeste Smith_ (Seal)
NOTARY PUBLIC
My Commission expires: May 31, 2024

Completed via remote notarization using 2 way audio/video technology

11710 Camarillo St.
Parker, CO 80134

_Samantha Snowdy_
(Signature)

Samantha Snowdy

JOHANNA CELESTE SMITH
Electronic Notary Public
Commonwealth of Virginia
Registration No. 7891515
My Commission Expires May 31, 2024

Page 2 of 2

©2002-2024 LawDepot.com®